# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

ANTHONY BAILEY,

        Plaintiff(s),

v.

NDOC, et al.,

        Defendant(s).

2:20-cv-01709-KJD-VCF

**ORDER**

Before me is plaintiff's motion for subpoena (ECF NO. 24). It seems that this is not a motion for the court, instead plaintiff is requesting production of documents from defendant.

Defendant Gregory Martin filed a response to plaintiff's motion. (ECF NO. 25). Counsel for Defendant Martin is willing to meet-and-confer with plaintiff Bailey regarding documents that plaintiff is seeking. *Id.* at page 2.

Accordingly,

I ORDER that plaintiff's motion for subpoena (ECF NO. 24) is DENIED without prejudice.

I FURTHER ORDER that the parties must meet-and-confer on this matter regarding plaintiff's document request, on or before June 21, 2022. I will extend the discovery cut-off deadline to allow the parties time to meet-and-confer on this matter.

The following deadlines apply:

Discovery Cut-Off: June 21, 2022

Dispositive Motion Deadline: July 21, 2022

Joint Pre-Trial Order: August 22, 2022, or if any party files a dispositive motion, then 30 days following the Court's order on any pending dispositive motion(s).

DATED this 17th day of May 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE